STATE OF MAINE                                    SUPERIOR COURT
HANCOCK, SS.                                       Docket No. AP-01-004

Harvest Hill Press,               )
          Plaintiff               )
                                  )
                                  )
          v.                      )          **DECISION**
                                  )
                                  )          DONALD L. GARBRECHT
                                  )              LAW LIBRARY
Franklin  Printing,               )
          Defendant.              )          MAR 1 1 2003


Before this court is the Plaintiff-Appellant's appeal from a District Court decision dismissing the Plaintiff's small claim. Sherri Eldridge, President of Harvest Hill Press appeared for the Plaintiff-Appellant. Peter Roy, Esq., for the Defendant-Appellee

This court hereby denies the Plaintiff-Appellant's appeal. The District Court held that the record of a proceeding in Franklin County indicated that an offset was allowed Harvest Hill Press at the hearing in Franklin County; therefore, the defense of res judicata was upheld, and the Plaintiff's small claim was dismissed. The Plaintiff's claim was either raised or could have been raised during the Franklin County proceeding. This court finds and concludes that the District Court decision was correct.

**The Clerk is directed to incorporate this Order into the docket by reference pursuant to M.R.Civ.P Rule 79 (a).**

Dated:    December 5, 2002

_____
JOSEPH JABAR
JUSTICE, SUPERIOR COURT

FILED &
ENTERED

DEC 0 9 2002

SUPERIOR COURT
HANCOCK COUNTY